UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-cr-117                                   Date: June 20, 2016

United States of America        vs.        Deairus Goines

**PROCEEDINGS: Sentencing.** Neither party had any objections to the Presentence Investigative Report. The Court hears argument as to motions regarding sentence. Witnesses sworn and exhibits submitted.

THE HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

| Rachel Stone | Terri Grandchamp | Kelly Ann Norris |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

| Donny Young | | Tara Gray |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

- Defendant allocutes
- Government's Motion for Acceptance of Responsibility    **X** granted    ☐ denied
- Defendant's Motion    ☐ granted    o denied
- **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 months as to Counts 1 of the Indictment. Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years. The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. No fine imposed. The defendant shall comply with the special conditions as set forth in the J&C.

- **COURT RECOMMENDATIONS:**

The court recommends that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. The court recommends the defendant participate in educational classes and vocational training, if available, while incarcerated. Lastly, the court recommends the defendant be designated to Manchester, KY.

- Special assessment: $100.00    ☐ Restitution: $
- Defendant remanded to custody

10:00 p.m.    to    10:25 p.m.